FILED

APR 02 2020

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | Cause No.: |
| v. | § § | **INFORMATION** |
| | § § | [Vio: 8 U.S.C. § 1326(a) & (b)(1)/(2): |
| JONATHAN RIVERA-BRAVO | § § § | Illegal Re-entry into the United States.] |

THE US ATTORNEY CHARGES:

DR20CR0708

COUNT ONE
[8 U.S.C. § 1326(a) & (b)(1)/(2)]

That on or about February 28, 2020, in the Western District of Texas, Defendant,

JONATHAN RIVERA-BRAVO,

an alien, attempted to enter, entered, and was found in the United States having previously been denied admission, excluded, deported and removed from the United States on or about December 29, 2019, and that the Defendant had not received the consent of the Attorney General of the United States and the Secretary of the Department of Homeland Security, to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1)/(2).

JOHN F. BASH
United States Attorney

By:_____
LARRY W. FADLER
Assistant United States Attorney

SEALED:
UNSEALED: XX

**DR 20 CR 0708**

## PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: MAVERICK                            USAO#: 2020R03455

DATE: APRIL 2, 2020                         MAG. CT. #: DR20-00711M

AUSA: LARRY W. FADLER

DEFENDANT: JONATHAN RIVERA-BRAVO

CITIZENSHIP: MEXICO

INTERPRETER NEEDED: YES        LANGUAGE: SPANISH

DEFENSE ATTORNEY: PRISCILLA PUENTE-CHACON

ADDRESS OF ATTORNEY: 426 MADISON STREET, EAGLE PASS, TEXAS 78852

DEFENDANT IS: DETAINED         DATE OF ARREST: FEBRUARY 28, 2020

BENCH WARRANT NEEDED: NO

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INFORMATION

OFFENSE: (CODE & DESCRIPTION): 8 U.S.C. § 1326(a) & (b)(1)/(2) - ILLEGAL REENTRY AFTER DEPORTATION.

OFFENSE IS: FELONY

MAXIMUM SENTENCE: 20 YEARS IMPRISONMENT; A $250,000 FINE; 3 YEARS OF SUPERVISED RELEASE; AND A $100 SPECIAL ASSESSMENT.

PENALTY IS MANDATORY: YES & NO

REMARKS: SEE ABOVE

W/DT-CR-3